| | |
|---|---|
| **JAMES F. LISOWSKI, SR.,**<br>Panel Bankruptcy Trustee<br>Nevada Bar No.: 4321<br>P.O. Box 95695<br>Las Vegas, NV 89193<br>(702) 737-6111 | RECEIVED<br>AND FILED<br><br>JUL 21  11 18 AM '11 |

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>**BALTAZAR CALDERON**<br><br><br><br>Address:<br>   308 BALLET DR.<br>   LAS VEGAS, NV 89107 | ) CASE NO.: BK-S-09-24084 BAM<br>) Chapter 7 -- Liquidation<br>)<br>)<br>)<br>)<br>)<br>)<br>) Hearing Date: N/A<br>) Hearing Time: N/A |

TO: Clerk, United States Bankruptcy Court

FROM: James F. Lisowski, Sr., Trustee

Pursuant to Rules 3010 and 3011, of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

| Claim No. | Creditor Name / Address | Dividend |
|---|---|---|
| 10 | CHRYSLER FINANCIAL SERVICES AMERICAS LLC<br>C/O POLI & BALL, PLC,JAMES E., SHIVELY,2999 N. 44TH STREET SUITE 500<br>PHOENIX, AZ 85018 | 559.52 |
| | **TOTAL:   $** | **559.52** |

Dated: 7/20/11   _____
                       James F. Lisowski, Sr., Trustee

NOTE: Claims that are $25.00 or less go into CAS 106000. Claims that are more than $25.00 go into CAS 613300. The amounts that are to be deposited into the registry can be written on one check.

RECEIPT #203068   $559.52